## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT NJOS,** | : | |
| **Plaintiff** | : | **No. 3:14-cv-01960** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **(Magistrate Judge Carlson)** |
| **Defendant** | : | |

### <u>ORDER</u>

Before the Court is the May 15, 2017 Report and Recommendation of Magistrate Judge Carlson (Doc. No. 127), in which he recommends that the Court deny Plaintiff Scott Njos' motion for summary judgment.  (Doc. No. 107.)  No timely objections have been filed.  **ACCORDINGLY**, on this 16th day of June 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 127);

2. Plaintiff Scott Njos' motion for summary judgment (Doc. No. 107), is **DENIED**; and

3. The above-captioned action is recommitted to Magistrate Judge Carlson for further pretrial management.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania